# JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Ho,<br><br>           Plaintiff,<br><br>     v.<br><br>1981 Brookfair, LLC, et al.,<br><br>           Defendant(s).<br>_____ | SACV 15-00361 JVS (DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 60 days</u>, to reopen the action if settlement is not consummated.

DATED:   May 11, 2015

                                          _____<br>
                                              James V. Selna<br>
                                         United States District Judge